**MOT**
DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 S. Fourth Street, 2nd. Fl.
Las Vegas, Nevada 89101
ph: (702) 384-5563
fax: (702) 385-6965
Attorney for Defendant Antonio Randolph

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:16-CR-00052-GMN-CWH-3 |
| Plaintiff, ) | |
| vs. ) | |
| REGGIE PRATT, et. al., ) | **ANTONIO RANDOLPH'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |
| Defendant. ) | |

COMES NOW, appointed counsel David T. Brown, Esq., of BROWN, BROWN & PREMSRIRUT, and hereby moves this Court in request of a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department.

1) The calculation of Defendant Antonio Randolph's criminal history will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

//
//
//
//
//
//

2) Undersigned counsel therefore respectfully requests an Order that the Department of Probation conduct a pre-plan presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Phillip Smith regarding this request and he as no opposition.

DATED this 29th day of August, 2016.

BROWN, BROWN & PREMSRIRUT

/s/
DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
520 S. Fourth St.
Las Vegas, Nevada 89101
Attorney for Defendant Antonio Randolph

```
1  DAVID T. BROWN, ESQ.
   Nevada Bar No. 006914
2  BROWN, BROWN & PREMSRIRUT
   520 S. Fourth Street, 2nd. Fl.
3  Las Vegas, Nevada 89101
   ph: (702) 384-5563
4  fax: (702) 385-6965
   Attorney for Defendant Antonio Randolph
5
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | CASE NO.: 2:16-CR-00052-GMN-CWH-3 |
| vs. | ) | |
| REGGIE PRATT, et. al., | ) | **ORDER** |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that Defendant Antonio Randolph's Unopposed Motion for a Pre-Plea Sentence Investigation Report (ECF No. 91) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare and provide to the Court by October 30, 2016, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant's **criminal history only**.

DATED this 29 day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was served on the 29th day of August, 2016, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Delora M. Andrus
Employee of Brown, Brown, & Premsrirut